IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICTOR E. SCHMITT, on behalf of themselves and all others similarly situated; and CHERYL SCHMITT, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP, GREGORY W. ENERSON, ROBERT HORNIK, JULIE A. RAUSCH, PAUL THIELHELM, and DISCOVER BANK,<br><br>Defendants. | 8:21CV11<br><br>ORDER |

This matter comes before the Court on the Plaintiff's Motion to Dismiss Defendant Robert Hornik (Filing No. 33). Just cause for the Motion being demonstrated, the Court finds that Plaintiff's Motion to Dismiss Defendant Robert Hornik should be granted.

IT IS THEREFORE ORDERED that Robert Hornik be dismissed from the above captioned matter without prejudice.

Dated this 11th day of June, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge