IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICTOR E. SCHMITT, on behalf of themselves and all others similarly situated; and CHERYL SCHMITT, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, LLP, GREGORY W. ENERSON, JULIE A. RAUSCH, PAUL THIELHELM, and DISCOVER BANK,<br><br>Defendants. | 8:21CV11<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties Stipulation to Dismiss All Defendants without Prejudice (Filing No. 70). The Court, being advised in the premises, finds that the Motion is granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice as to all claims Plaintiffs asserted or could have asserted against the remaining defendants. All parties to pay their own fees and costs.

Dated this 26th day of September, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge